

FILED

1   Paul R. Kiesel. Esq. (SBN 119854)
2   **KIESEL BOUCHER**
    **& LARSON LLP**
3   8648 Wilshire Boulevard
4   Beverly Hills. CA 90211
    Telephone: 310/854.4444
5   Facsimile: 310/854.0812
6

7   Paul O. Paradis (*Pro Hac Vice Pending*)
8   Michael A Schwartz (*Pro Hac Vice Pending*)
    Frank R. Schirripa (*Pro Hac Vice Pending*)
9   **HORWITZ, HORWITZ &**
10  **PARADIS, Attorneys at Law**
    405 Lexington Avenue, 61st Floor
11  New York, NY 10174
12  Telephone: 212/986.4500
    Facsimile: 212/986.4501
13

10 FEB -8 PM 4: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

14

15              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
16                    **WESTERN DIVISION**

17  LISA CREIGHTON and MIRIAM        )   Civil Action **CV 10 - 00946-SS**
18  RAMIREZ,                          )                        (JEM)
    On behalf of themselves, and on   )
19  behalf of all others similarly    )   **CLASS ACTION COMPLAINT**
20  situated,                         )   **FOR VIOLATION OF THE**
                                      )   **CALIFORNIA CONSUMER**
21                                    )   **LEGAL REMEDIES ACT AND**
                      Plaintiffs,     )   **UNJUST ENRICHMENT/MONEY**
22                                    )   **HAD AND RECEIVED**
                                      )
23               vs.                  )
                                      )
24  TOYOTA MOTOR CORPORATION, )
25  a foreign corporation. and TOYOTA )   **JURY TRIAL DEMANDED**
    MOTOR SALES, USA, INC., a         )
26  California corporation,           )
27                                    )
                                      )
28                    Defendants.     )
                                      )

1

CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NATURE OF THE ACTION

1. Plaintiffs Lisa Creighton and Miriam Ramirez, by their undersigned counsel, allege the following upon personal knowledge as to their own acts and upon information and belief as to all other matters. Plaintiffs' information and belief is based upon the investigation conducted by counsel.

2. Plaintiffs bring this action on behalf of themselves and as a class action against Defendants Toyota Motor Corporation ("TMC") and Toyota Motor Sales, USA, Inc. ("Toyota USA") (collectively, "Toyota") on behalf of all other similarly situated persons and entities who purchased or leased any of the following Toyota or Lexus Hybrid automobiles: (i) model year 2006 through 2009 Prius ("Generation 2 Prius"); (ii) model year 2010 Prius ("Generation 3 Prius"); (iii) model year 2005 through 2010 Toyota Highlander Hybrid; (iv) model year 2005 through 2010 Lexus RX 400h; (v) model year 2009 through 2010 Lexus RX 450h; and (vi) model year 2009 through 2010 Lexus HS 250h (collectively, the "Toyota Hybrids") (the "Class").

3. The Toyota Hybrids are equipped with a hybrid vehicle brake system which includes both standard hydraulic brakes and a unique regenerative brake system that uses the Toyota Hybrid vehicle's momentum to recharge the battery. As soon as the accelerator pedal is released, the Toyota Hybrid electronic control unit ("ECU") initiates regenerative braking. Electric motor generators are turned by the wheels and used as a generator to recharge the batteries. During this phase of braking, the hydraulic brakes are not used. When more rapid deceleration is required, the hydraulic brakes are activated to provide additional stopping power. To increase energy efficiency the system uses the regenerative brakes whenever possible.

4. In the 2004 and later Toyota Hybrids, brake control processing was moved to the "Skid Control ECU" which controls (i) conventional brake control;

---

CLASS ACTION COMPLAINT

1 │ (ii) anti-lock brake systems ("ABS"): (iii) vehicle stability control ("VSC") and

2 │ (iv) regenerative brake cooperative control.

3 │     5.   The Toyota Hybrid brake system does not function properly when the

4 │ Toyota Hybrids encounter slippery or uneven roadways. causing the activation of

5 │ the ABS and VSC systems. and the inability of the Skid Control ECU to cause the

6 │ brakes to function properly.  The design defect in the Toyota Hybrids is the result

7 │ in a flaw in software which controls the Toyota Hybrids brake system.

8 │     6.   The design defect in the Toyota Hybrids causes a delay between the

9 │ time the brake pedal is engaged and when the brake system begins to slow the

10 │ Toyota Hybrids.  With the delay, a Toyota Hybrid traveling at 60 miles per hour

11 │ ("mph") will have traveled an additional 90-100 feet before the brakes even begin

12 │ to engage – creating an grave safety issue for Class members and the public.

13 │     7.   Toyota has known about the brake problems in its Toyota Hybrids for

14 │ years, and went so far as to secretly fix the problem in its Generation 3 Prius

15 │ models sold after January 2010, but has kept Toyota Hybrids consumers in the

16 │ dark about the problem until Japan's consumer affairs minister compelled Toyota

17 │ to make an "accurate and quick release of information" to consumers related to the

18 │ Prius brake problems.

19 │     8. As a result, on February 4. 2010. faced with investigations by both

20 │ Japanese and U.S. regulators, and a public relations nightmare with the way the

21 │ Company had been handling a dangerous safety defect in other Toyota models.

22 │ Toyota admitted that there was design defect in its Generation 3 (2010 Model

23 │ Year) Prius.  Toyota, however. chose to ignore the existence of the design defect in

24 │ the other Toyota Hybrids – even though it has been receiving complaints of the

25 │ problems since before 2006 – and further. sought to downplay the seriousness of

26 │ the Toyota Hybrids' failure of the brakes to engage by causing Toyota managing

27 │ officer Hiroyuki Yokoyama to state:

28 │

CLASS ACTION COMPLAINT

1                     The brakes become *a little slow* when you are using light

2                     braking under certain road conditions. . . .  But if you

3                     continue to step on them, the car will stop safely.

4

5      9.   This statement offers little comfort to Toyota Hybrids owners who, for

6 example, depress the brake pedal when traveling at 60 mph and encounter a "little

7 slow[ness]" in the brakes engaging, and thus travel an additional 90-100 feet

8 before the brakes begin to take hold, and hope to avoid crashing their Toyota

9 Hybrid.

10      10. On February 4, 2010, the United States National Highway Traffic Safety

11 Administration ("NHTSA") announced an investigation into the brake problems in

12 2010 Generation 3 Prius models after receiving 124 formal complaints about brake

13 problems with the cars.  Prius owners in Japan, where the hybrid car is the nation's

14 most popular model, have also lodged complaints about the problem.  According to

15 NHTSA, "[c]onsumers allege a momentary loss in braking during brake

16 applications while traveling over an uneven road surface, pothole or bump in the

17 roadway."

18      11. Evidencing the serious safety problem posed by the design defect, there

19 have been a total of four crashes, two involving injuries, attributed to brake

20 problems in 2010 model year Toyota Prius.

21      12. Despite Defendants' actual knowledge of the design defect since as early

22 as 2006, as discussed below. Defendants have failed to properly cure the defect

23 that has unfairly damaged the interests of the Plaintiffs and the Class as defined

24 herein.

25      13. Plaintiffs in this complaint allege violations of the California Consumer

26 Legal Remedies Act ("CLRA").

27 / / /

28 / / /

---

CLASS ACTION COMPLAINT

## THE PARTIES

14. Plaintiff Miriam Ramirez resides in Oakland, California and is a citizen of the State of California.  Plaintiff Ramirez purchased a new 2007 Prius.  On at least two occasions, Plaintiff Ramirez experienced difficulty controlling her Prius due to the defective brake systems complained of herein.  On June 17, 2008, Plaintiff Ramirez attempted to stop her Prius, but when she applied the brakes the vehicle did not stop and she ran into the back-end of the car ahead of her.  This same problem happened again on August 11, 2008.  After her accident, Plaintiff Ramirez brought her car to a Toyota dealership for repair and complained about her brake failure.  Plaintiff Ramirez also filed a formal complaint with Toyota's complaint department.  In response to her complaint, Toyota sent Plaintiff Ramirez a response letter stating Toyota was not able to find a problem with her Prius' brake system.

15. Plaintiff Lisa Creighton resides in Salt Lake City, Utah and is a citizen of the State of Utah.  In 2008, Plaintiff Creighton leased to buy a new 2008 Toyota Prius from an authorized Toyota dealership. Plaintiff Creighton immediately began to experience difficulty braking and realized that the brakes in her 2008 Prius did not work properly.    Plaintiff Creighton has experienced difficulty braking when traveling over the slightest bump in the road.  In or about 2009, Plaintiff Creighton brought her car into a local Toyota dealership and complained of brake failure and loss of control.   The Toyota dealership professed no knowledge of similar complaints or any issue with her car.   Thereafter, Plaintiff Creighton purchased new tires and continued to experience brake failure and loss of control.

16. Defendant Toyota Motor Corporation (TMC) is a Japanese Corporation having its principal place of business at 1 Toyota-Co, Toyota City, Aichi Prefecture 471-8571, Japan and is a citizen of Japan.  Defendant TMC designs, develops and manufactures automobiles, including the Toyota Hybrids, that are sold throughout the world.

CLASS ACTION COMPLAINT

1    17. Defendant Toyota Motor Sales, USA, Inc. (Toyota USA), a wholly-
2  owned subsidiary of TMC, is a corporation organized and existing under the laws
3  of the State of California and is a citizen of the State of California, with its
4  principal executive offices located at 19001 South Western Avenue, Torrence,
5  California 90509. Defendant Toyota USA markets, distributes and sells Toyota
6  Hybrids manufactured by Defendant TMC throughout the United States.
7  Defendant Toyota USA marketed, distributed and sold the defective Toyota
8  Hybrids.

9                        **JURISDICTION AND VENUE**

10    18. This action is brought to remedy violations of the California Consumer
11  Legal Remedies Act in connection with Defendants' misconduct as it relates to
12  sales of the defectively designed Toyota Hybrids.

13    19. This Court has jurisdiction over the claims asserted in this action
14  pursuant to 28 U.S.C. § 1332, as Plaintiff Creighton and Defendants are citizens of
15  different states and the matter in controversy exceeds the sum or value of
16  $5,000,000. Plaintiffs allege that the total claims of individual class members in
17  this action are well in excess of $5,000,000 in the aggregate, exclusive of interest
18  and costs, as required by 28 U.S.C. § 1332(d)(2), (5). Plaintiffs are citizens of the
19  States of California and Utah, whereas, as set forth above, Defendant TMC is a
20  citizen of a foreign country, Japan, and Defendant Toyota USA is a citizen of the
21  State of California. Furthermore, Plaintiffs allege that the total number of
22  members of the proposed Class is greater than 100, pursuant to 28 U.S.C.
23  § 1332(d)(5)(B).

24    20. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because
25  Defendants do business, including the advertising, marketing, distribution and sale
26  of the Toyota Hybrids in this judicial district. Further, Defendant Toyota USA,
27  maintains it headquarters in this District. Defendants are subject to personal
28

CLASS ACTION COMPLAINT

1    jurisdiction in this judicial district and/or maintain contacts in this judicial district

2    sufficient to subject it to personal jurisdiction.

3    ## SUBSTANTIVE ALLEGATIONS

4        21. Defendant TMC is the world's largest automobile manufacturer, with

5    approximately $270 billion in revenue.  It designs and develops a wide range of

6    automobiles including the brands Toyota, Lexus and Scion.

7        22. Defendant Toyota USA, a subsidiary of Defendant TMC, distributes,

8    markets, and sells the Toyota, Lexus and Scion automobiles throughout the United

9    States.  Approximately hundreds of thousands of Toyota Hybrids are sold annually

10   in the United States through over 1,500 dealerships.

11       23. In the marketing and sale of its Toyota Hybrids, Toyota promotes the

12   Toyota Hybrids' safety.  The website *www.SafetyToyota.com*, devoted exclusively

13   to promoting the safety of Toyota Hybrids, claims:

14       What can we do to realize an ideal vehicle, which is a goal we never

15       cease pursuing?

16       That is what we always have in mind.

17       What technology can prevent an accident in any situation and

18       minimize the damage in an accident? Toyota has been developing

19       various safety technologies by using variant means such as the

20       Driving Simulator, which allows driving tests that are difficult to

21       conduct even on test courses not to mention ordinary roads, and the

22       THUMS technology, a virtual human model developed for computer

23       collision analysis, in addition to the verification at the collision test

24       center that can reproduce many different types of accidents.

25       "What causes accidents?" "What can be done to prevent accidents?"

26       "What mitigates the damage of accidents that have occurred?"

27       These are the questions to which we are constantly seeking answers.

CLASS ACTION COMPLAINT

1    Our technologies will continue to advance toward the ultimate goal of

2    making a vehicle that is safe for everybody.

3

4    *See www.SafetyToyota.com* (last visited February 4, 2010).

5    **The Toyota Hybrids**

6    24. Toyota first introduced the Prius in Japan in December 1997. The Prius

7    later became available to the American consumer in 2001. This first generation

8    Prius was marketed and sold in the United States from 2001-2003.

9    25. The Prius was redesigned in 2004. This second generation of Toyota

10   Prius was marketed in the United States from 2004-2009 – *i.e.*, Generation 2 Prius.

11   26. The Toyota Highlander Hybrid was introduced in 2005; the Lexus RX

12   400h was introduced in 2005 and the Lexus RX450h and HS 250h were introduced

13   in 2009.

14   27. The Toyota Hybrids combine a gasoline engine with an electric motor.

15   Because hybrids are still fueled by gasoline, they do not have to be plugged in or

16   recharged. A unique characteristic of the hybrid gas-electric vehicle is its ability to

17   generate electricity and re-charge its batteries during the braking/stopping process

18   – otherwise known as a "regenerative brake system."

19   28. The Toyota Hybrids employ a combination of multiple brake systems: a

20   traditional mechanical/hydraulic brake system and a regenerative brake system.

21   29. The Toyota Hybrids are equipped with a hybrid vehicle brake system

22   which includes both standard hydraulic brakes and a unique regenerative brake

23   system that uses the Toyota Hybrid vehicle's momentum to recharge the battery.

24   As soon as the accelerator pedal is released, the Toyota Hybrid ECU initiates

25   regenerative braking. Electric motor generators are turned by the wheels and used

26   as a generator to recharge the batteries. During this phase of braking, the hydraulic

27   brakes are not used. When more rapid deceleration is required, the hydraulic

28

---

CLASS ACTION COMPLAINT

1  brakes are activated to provide additional stopping power. To increase energy
2  efficiency the system uses the regenerative brakes whenever possible.

3      30. In a traditional brake system, depressing the brake pedal pushes
4  hydraulic fluid to the brake calipers forcing the brake pads to produce friction with
5  the brake rotors to slow or stop the vehicle. Additional friction is produced
6  between the slowed wheels and the surface of the road.

7      31. Alternatively, with regenerative brakes, the system that drives the
8  vehicle does the majority of the braking. When the driver steps on the brake pedal
9  of an electric or hybrid vehicle, these types of brakes put the vehicle's electric
10  motor into reverse mode, causing it to run backwards, thus slowing the car's
11  wheels. While running backwards, the motor also acts as an electric generator,
12  producing electricity that is then fed into the vehicle's batteries.

13      32. Since the Toyota Hybrids have more than one brake system, the
14  Vehicle's electronics must decide which brake system is appropriate at which time.
15  Regenerative brakes work better at certain speeds, and in fact, are most effective in
16  stop-and-go driving situations. However, in situations where regenerative braking
17  simply would not supply enough stopping power, the vehicle must switch over to
18  traditional hydraulic brakes to permit the vehicle to stop.

19      33. In the 2004 and later model year Toyota Hybrids, brake control
20  processing was moved to the "Skid Control ECU" which controls (i) conventional
21  brake control; (ii) anti-lock brake systems ("ABS"); (iii) vehicle stability control
22  ("VSC") and (iv) regenerative brake cooperative control.

23      34. In May 2009, Toyota released the re-designed 2010 Toyota Prius – the
24  Generation 3 Prius – for distribution and sale in the United States and Japan.

25  **The Design Defect in the Toyota Hybrids**

26      35. The Toyota Hybrids are equipped with a hybrid vehicle brake system
27  that does not function as intended. The Toyota Hybrids hybrid vehicle brake
28  system is defectively designed because the programming for the hybrid vehicle

CLASS ACTION COMPLAINT

1 | brake system contains a software glitch which causes a delay between the time the
2 | brake pedal is engaged and when the hybrid vehicle brake system actually begins
3 | to stop the car. It has been reported that a Toyota Hybrid traveling at 60 mph will
4 | have traveled an additional 90-100 feet between the time the brake pedal is pushed
5 | and the brakes begin to take hold – creating a grave safety issue for Class members
6 | and the public.

7 |     36. When the Toyota Hybrids travel along a bumpy or slippery surface, a
8 | driver can feel a pause in the braking system when the Skid Control ECU switches
9 | between the electronically operated brake system and the traditional hydraulic
10 | brakes.  The brakes in the defective Toyota Hybrids will eventually start to work if
11 | the driver keeps pushing the brake pedal, but there can be a lag between the time
12 | the driver depresses the brake pedal and when the brakes actually start to slow the
13 | car.

14 |     37. The design defect complained of herein is prevalent in the Toyota
15 | Hybrids.

16 | **Toyota Has Admitted That The Brake System**
17 | **In The 2010 Model year Prius Is Defectively Designed**

18 |     38. In response to the Japan's consumer affairs minister Mizuho
19 | Fukushima's February 4, 2010 direction to Toyota to make an "accurate and quick
20 | release of information" to consumers related to the Prius brake problems, Toyota
21 | held a press conference on February 4, 2010, to discuss the Prius brake issue.  The
22 | Company stated:

23 |     Toyota is aware that NHTSA has opened a Preliminary Evaluation
24 | centered on owner complaints of a braking issue with the 2010 model
25 | year Prius. Toyota will cooperate fully with NHTSA's investigation.
26 | Some customers have complained of inconsistent brake feel during
27 | slow and steady application of brakes on rough or slick road surfaces
28 | when the anti-lock brake system (ABS) is activated in an effort to

---

CLASS ACTION COMPLAINT

maintain tire traction. The system, in normal operation, engages and disengages rapidly (many times per second) as the control system senses and reacts to tire slippage. A running production change was introduced last month, improving the ABS system's response time, as well as the system's overall sensitivity to tire slippage.

This preliminary evaluation addresses owner complaints specific to the 2010 Prius. This condition is not related to either the floor mat entrapment recall or the sticky pedal recall currently in action.

Toyota will continue to evaluate the condition as it relates to owner complaints and will keep NHTSA informed of its progress.

39. This disclosure was further compelled by the fact that Toyota was faced with investigations by both the Japanese and U.S. regulators, and a public relations nightmare with the way the Company had been handling a different dangerous safety defect in other Toyota models.

40. During the February 4, 2010 press conference, Hiroyuki Yokoyama, Toyota's quality general manager, admitted that in late January Toyota re-wrote the brake system software following an increase in complaints in December. Toyota further admitted that the Prius cars assembled since then all carry the modified version of software in their brake systems, but that Toyota has yet to decide on whether and how to rewrite the programs on the cars it has already sold.

41. Mr. Yokoyama said Toyota first received consumer complaints via dealers in the Fall of 2009, and went to state that, "[d]epending on road conditions, Prius brakes were sometimes a little slow to respond when drivers kept lightly pressing them." He further explained that when the automatic brake system is enabled on certain road conditions, the car switches from regenerative braking to

CLASS ACTION COMPLAINT

hydraulic braking.  The brief time lag between the two brake systems results in cars stopping "a little later than the drivers expected."

42. Even though the Company failed to inform the public of the changes to the Prius' brake system in January 2010, the Company insisted that "We weren't covering up the claims (on the Prius)," Mr. Yokoyama said.

**Defendants Had Actual Knowledge Of The Design Defect At The Time Plaintiffs And Members Of The Class Purchased Their Toyota Hybrids Yet Failed To Notify Plaintiffs And Members Of The Class Of The Design Defect**

43. Contrary to Mr. Yokoyama's statement that Toyota had only learned of the defectively designed brake system in the Toyota Hybrids in the Fall of 2009, Toyota has long had actual knowledge of the design defect in the brake system in these vehicles.  As a result of the design defect, hundreds of drivers of the Toyota Hybrids have experienced brake system failures since 2005, as evidenced by the hundreds of complaints on the World Wide Web.  These postings were readily accessible on the internet on public websites such as:  *www.priuschat.com*, *www.cublexus.com*,   *www.greenhybrid.com*   and   *www.consumeraffairs.com*. Examples of Toyota Hybrid consumer complaints are as follow:

**Toyota Prius**

| Date | Name | Year, Make, and Model | Complaint |
|------|------|----------------------|-----------|
| May 26, 2006 | Lwinter | 2005 Toyota Prius | Last week the brakes on my 2005 Prius failed- the pedal went to the floor, and the ABS and emergency brake lights went on. Twenty minutes later, the brakes worked again. The local Toyota dealer was unable to diagnose the problem, and insisted that no changes were needed. The service manager is insisting that the car is safe to drive, but offers no evidence. This logic seems |

| | | | |
|---|---|---|---|
| | | | warped, because regardless of the fact that they are unable to determine the cause, the brakes did, indeed fail once already. Had I been going faster (I was stopped at a light), the consequences could have been catastrophic. Neither my dealership nor Corp HQ is willing to resolve this issue satisfactorily (ie replace anything that might cause such failure). Fixing it is certainly cheaper than the lawsuit that my heirs will file if I am injured or killed. Has anyone else had this problem? What did you do about it?<br><br>Thanks. LAW |
| June 2, 2007 | Kareen | 2006 Toyota Prius | I have also had a brake problem with my 06 Prius, around 15,000 miles. On two occasions the brakes failed to activate for 2 – 3 seconds, then they took effect. On the second occasion I started to swerve to avoid the car in front of me before the brakes took effect. On both occasions I was traveling at slow speeds (under 30 mph), moving uphill, and braking with the intention of coming to a complete stop. There was no rain, sand or gravel, and the car was not skidding. The anti-skid light went on.<br><br>I took the car to the dealership, they could not replicate the problem, they said they could not find anything wrong & were going to return the car to me. I insisted something be done, so they sent a mechanic to observe as I test drove the car. I was not able to get the brakes to fail, but I was able to make the anti- |

| | | | |
|---|---|---|---|
| | | | skid light go on when it shouldn't. The dealership then bled the brakes & returned the car to me. |
| | | | That same day as I approached a stop light, the car did a strange, very slow anti-lock brake response. The brakes applied. then unapplied with about one to 1 ½ seconds between each application. On two occasions since then the brakes have not applied for 2 – 3 seconds after I stepped on them. The anti-skid light went on one of those times, the other time I was too busy looking at the road to notice. I was going over a rough road surface, but not a surface on which the car was skidding. |
| | | | I have noticed the anti-skid light goes on sometimes when the car is not skidding but going over a rough surface. |
| | | | I really liked the Prius before this happened. but I do not feel it is not a safe car to drive until is resolved. |
| June 22, 2009 | Husker4t heSpurs | Generation 2 Toyota Prius | I have had that happen as well ... also happened in my Gen 2 ... in the Gen 2. the VSC would be kicking on as well (or stability control ... whatever). Had to be a pretty big hole or crack ... I think it's the car thinking that wheel is spinning b/c it has lost contact with the concrete for a short while. |
| August 19, 2009 | A priori | 2007 Toyota Prius and 2010 Toyota Prius | It happened on my 2007, and it happens on my 2010 Prius V w/ATP. The times it is really noticeable are |

| | | | The times it is really noticeable are those times when it is scariest: You are coming to a stop or slowing due to traffic congestion, so you know you must avoid something ahead of you; you are braking steadily and fairly heavily, relying on the front brakes (which are using the regen system); you hit a bump, the brake load shifts to the rear brakes (and you do lose, momentarily) the full braking power; the feel is that you are accelerating, despite the fact you are braking; a fraction of a second later the brakes "work" again, and your heart starts pumping normally. |

**Toyota Highlander Hybrid**

| Date | Name | Year, Make, and Model | Complaint |
|------|------|----------------------|-----------|
| July 13, 2007 | Larry70 | 2006 Toyota Highlander Hybrid | My 2006 HiHi does not brake properly over ripples or small bumps in the road. It sort of hesitates its braking power. Has anyone had this issue checked by the dealer? Larry |
| November 29, 2009 | Jaw6884 | 2007 Toyota Highlander Hybrid | I called Toyota about the Highlander Hybrid braking gap problem described herein, and as of November 2009, they advise that they have never heard of this problem before. I am disappointed to see that this info has been posted for years, and that Toyota has even posted herein.<br><br>We are experiencing the braking gap at |

CLASS ACTION COMPLAINT

moderate to low speeds, in rush-hour stop and start traffic (go 50 mph, then slow way down, repeatedly), on smooth roads. It feels as if the brakes are working, then suddenly stop working, and then resume working. The period during which the brakes are not working feels almost as if I am fighting against acceleration. Having rarely driven the HH since we bought it, I have been driving it daily since August 2009, as my commute requires it now. I was bothered by the braking gap experience, before the stories of runaway Toyota/Lexus cars came to our attention. The braking gap alone was worrisome because a) more distance seemed to be required to stop, which could lead to an accident, and b) it seemed as if the accelerator was involved, which would lead to lower fuel efficiency. But when the run-away Toyota/Lexus story broke, the CNN coverage of highly educated, extremely concerned, credible people talking about their run-away cars, with no floormats near the gas pedals, and an expert with a chart showing rapid increase in run-away cars after a computer governing the throttle was introduced, I took notice. Toyota seems to be doing no better than Ford did with their Explorers when the Firestone tires were killing people, and I had become more concerned about the braking gap problem. So I am quite relieved to see that others' accidents related to the braking gap problem have been relatively minor, although still hair-raising, compared to the other

CLASS ACTION COMPLAINT

| | | | |
|---|---|---|---|
| | | | Toyota/Lexus scenario, with the crash-and-burn outcomes.<br><br>I gather that I need to adjust my driving style. No longer can I count on the consistent braking I have long enjoyed as a driver of German and Swedish cars. I will have to anticipate the braking gap, and try not to be bothered by what feels like equipment failure, until I can replace the 2007 HH.<br><br>We have spent over $100,000 with Toyota Lexus in the last five years, buying a Lexus for each of two college grads, and the HH for ourselves. We gave Toyota/Lexus the benefit of the doubt on safety, and allowed them a spot on our short list of Trusted Brands in the car category. They have now removed themselves from the list. We were down to one Lexus, and the HH. The Lexus was traded in for a German car last week. Now we're down to one slightly problematic (we hope) Toyota Highlander Hybrid with a braking gap. Thank you for your help in calibrating this risk. |
| January 4, 2010 | Mimers | 2006 Toyota Highlander Hybrid | I also had a braking problem with my 2006 Toyota Highlander Hybrid, where I coasted into the car in front of me because I was travelling under 20 mph and the ABS brakes never "grabbed" during an emergency stop. I filed a complaint with the government agency the National Highway and Transportation Safety Administration at http://www-odi.nhtsa.dot.gov/. If enough people file complaints there, they will open an investigation for a |

| | | | possible recall. … |
|---|---|---|---|
| February 4, 2010 | Elise3 | 2006 Toyota Highlander Hybrid | I have a 2006 Highlander Hybrid that has done the same thing off and on since I bought it in June 2005. I was told it was a "Hybrid thing" and get used to it. Thanks Toyota... |
| Approximately 1 year ago | n/a | 2006 Toyota Highlander Hybrid | Dear Hi-Hy owner, I've had the exact same problem. I got my 2006 in 10/05, and have had numerous close calls, and have rear-ended others (very lightly) three times now. All three times it seemed like no matter how hard I brake, the car won't stop. I have now ruined my 21-year perfect driving record. What's wrong with this car?! |

## Lexus HS250h

| Date | Name | Year, Make, and Model | Complaint |
|---|---|---|---|
| February 4, 2010 | Dedas1 | 2010 Lexus HS250h | I have noted this on occasion but did not give it much thought, but have also tried to avoid potholes or other obstacles in the roadway |
| February 5, 2010 | Todd Riley | 2010 Lexus HS250h | I have noticed that my HS250H while going over speed bumps at the grocery store or the office, while I am depressing the brakes; its feels like the brakes are not being applied for a split second (even though they are) |

## Lexus RX 400h

| Date | Name | Year, Make, and Model | Complaint |
|---|---|---|---|
| July 26, 2007 | n/a | 2006 Lexus RX 400h | Brakes failed on two occasions within a week.  Brake failure lasted for 10 |

---

18

CLASS ACTION COMPLAINT

| | | | seconds and then returned. Was able to stop with great difficulty. 2006 Lexus RX 400H. |
|---|---|---|---|
| May 21, 2008 | Benton | 2008 Lexus RX 400h | I've noticed this several times in our '08Rxh. I agree anything triggering the ABS would likely switch the care over to friction braking, but don't believe that explains situation when I've noticed it which were typically on god payment. Nor was I braking particularly hard, since I tend to make long, gentle decal, light enough to push the 'power' gauge towards the bottom of the blue, but not enough to peg it. |
| June 6, 2008 | R6264@pa.metrocast.net | 2007 Lexus RX 400h | I have also noticed this problem in my RX 400h(07). |
| No date | n/a | 2006 Lexus RX 400h | Sudden acceleration when hitting a bump and braking at the same time. My 2006 RX400h accelerates suddenly when I am starting to slow down and brake and hit a small bump. |

44. In addition, Defendants had actual knowledge of the design defects of the Toyota Hybrids braking system as a result of the numerous complaints lodged by their customers, including Plaintiffs, since as early as 2005.

45. NHTSA has been collecting the complaints from Toyota Hybrid drivers regarding their defective brake systems from 2004 to the present. According to NHTSA, through March 2009, the Generation 2 Prius (2004-2009) has had forty-four (44) low-speed brake failures reported to NHTSA.

46. Despite Defendants' knowledge of the design defect that existed in the Toyota Hybrids sold prior to January 2010, Defendants have failed to publicly acknowledge the existence of the design defect in the Toyota Hybrids, and have further failed to warn customers and recall the Toyota Hybrids in order to correct

the defect that exists in the Toyota Hybrid brake system.  Moreover, Defendants have failed to recall the Toyota Hybrids in order to fix the design defect.

47. Defendants deliberately hid this defect from the public and its Toyota Hybrid consumers until almost a year after the Generation 3 Prius were released for sale in the United States. and has continued to keep the defect from other Toyota Hybrid consumers.

48. Further, NHTSA has opened an investigation into reported brake system problems in the Generation 3 Prius.  According to a February 4, 2010 press release issued by NHTSA, NHTSA has received 124 reports from consumers, including four reports of crashes, related to allegations of momentary loss of braking capability while traveling over an uneven road surface, pothole or bump.  NHTSA investigators have spoken with consumers and conducted pre-investigatory field work.

**Defendants Have Failed To Accept Financial Responsibility**
**For The Repair Of The Brake System On the Toyota Hybrids**

49. Defendants have yet to acknowledge that the defective hybrid vehicle brake system affecting the Generation 3 Prius' is also affecting the other Toyota Hybrids, nor has it done anything to repair the issue in these Toyota Hybrids.

50. Notwithstanding the fact that Toyota has knowledge of the fact that Toyota Hybrid consumers have been experiencing problems with their brake systems since before 2006, Toyota has not recalled the Toyota Hybrids.

51. In fact, Toyota has ignored the existence of a brake system defect in the Toyota Hybrids.  For example, following Plaintiff Ramirez's accident in June 2008, she brought her vehicle to her local Toyota dealership where they allegedly performed diagnostic tests and examined the vehicle for approximately one week. Toyota returned the vehicle to Plaintiff Ramirez assuring her that no problem existed with the hybrid vehicle brake system and no repairs were necessary.

1  However. not less than two months later. Plaintiff Ramirez experienced that same

2  brake system failure.

3  **The Design Defect In The Toyota Hybrid**

4  **Brake System Presents A Significant Safety Risk**

5  52. The defectively designed Toyota Hybrids pose a significant safety risk

6  to Class members and the public.  Hundreds of Class members have experienced

7  loss of braking as a result of the defective brake systems as alleged herein.

8  53. Despite Defendants' awareness of the serious safety issues presented by

9  the defective Toyota Hybrids' brake system. Defendants have nonetheless refused

10  to take action to protect Class members from a known dangerous defect.

11  54. Defendants omitted to disclose the existence of the Toyota Hybrids'

12  defective brake systems anywhere, including on its websites, where it has long

13  misrepresented the safety characteristics of all Toyota automobiles, including the

14  specific safety characteristic of the Toyota Hybrid models.

15  55. Furthermore, the defect described herein was a material fact related to

16  the reliability and safety of the Toyota Hybrids, known only to Defendants.

17  56. Had Plaintiffs and the other members of the Class known about the

18  defect. they would not have purchased their Toyota Hybrid vehicles.

19  57. Defendants, at all relevant times, knew that Plaintiffs and members of

20  the Class did not know, or could not have reasonably discovered, the defect

21  inherent in the Toyota Hybrids prior to purchasing or leasing their defectively

22  designed Toyota Hybrids.

23  ## CLASS ACTION ALLEGATIONS

24  58. Plaintiffs bring this action on behalf of themselves and as a class action

25  against Defendants on their own behalf  and on behalf of all other similarly

26  situated persons and entities who purchased or leased any of the following Toyota

27  or Lexus Hybrid automobiles: (i) model year 2006 through 2009 Prius

28  ("Generation 2 Prius"); (ii) model year 2010 Prius ("Generation 3 Prius"); (iii)

model year 2005 through 2010 Toyota Highlander Hybrid; (iv) model year 2005 through 2010 Lexus RX 400h; (v) model year 2009 through 2010 Lexus RX 450h; and (vi) model year 2009 through 2010 Lexus HS 250h. Excluded from the Class are: Defendants, any entity that has a controlling interest in Defendants and Defendants' current or former directors or officers, and their families. Any claims for personal injury are expressly excluded from this class action.

59. Members of the Class are so numerous that joinder of all members would be impracticable. Plaintiffs estimate that there are hundreds of thousands of purchasers of the defective Toyota Hybrids.

60. There are questions of law and fact common to all the members of the Class that predominate over any questions affecting only individual members, including:

  a. Whether the Toyota Hybrids were defectively designed;

  b. Whether Defendants violated the California CLRA;

  c. Whether Defendants knew, or were reckless in not knowing, that the Toyota Hybrids were defective at the times that Defendants manufactured and sold the Toyota Hybrids to Class members; and

  d. Whether as a result of Defendants' misconduct, Plaintiffs and the other Class members are entitled to damages, restitution, equitable relief, injunctive relief, or other relief, and the amount and nature of such relief.

61. The claims of Plaintiffs are typical of the claims of the members of the Class. Plaintiffs have no interests antagonistic to those of the Class, and Defendants have no defenses unique to Plaintiffs.

62. Plaintiffs will fairly and adequately protect the interests of the Class, and have retained attorneys experienced in class and complex litigation.

63. A class action is superior to all other available methods for this controversy because: i) the prosecution of separate actions by the members of the

1   Class would create a risk of adjudications with respect to individual members of
2   the Class that would, as a practical matter, be dispositive of the interests of the
3   other members not parties to the adjudications, or substantially impair or impede
4   their ability to protect their interests; ii) the prosecution of separate actions by the
5   members of the Class would create a risk of inconsistent or varying adjudications
6   with respect to the individual members of the Class, which would establish
7   incompatible standards of conduct for Defendants; iii) Defendants acted or refused
8   to act on grounds generally applicable to the Class; and iv) questions of law and
9   fact common to members of the Class predominate over any questions affecting
10  only individual members, and a class action is superior to other available methods
11  for the fair and efficient adjudication of the controversy.

12       64. Plaintiffs do not anticipate any difficulty in the management of this
13  litigation.

14                    **APPLICATION OF CALIFORNIA LAW**

15       65. Plaintiffs, on behalf of themselves and all others similarly situated, seek
16  to apply California law to the greatest extent possible to the claims and issues
17  raised herein.

18       66. The deceptive and unlawful conduct that forms the basis of Plaintiffs'
19  claims emanates from California, where Defendant Toyota USA has its principal
20  place of business.   California has significant contacts and/or a significant
21  aggregation of contacts to the claims asserted in this litigation, thereby creating
22  compelling state interests that ensure that the choice of California state law is
23  appropriate.

24       67. For example, Defendant Toyota USA's principal place of business is
25  located at Toyota USA corporate offices in Torrence, California.  The majority of
26  Toyota USA's officers, along with its in-house legal counsel, are located in Toyota
27  USA's offices in Torrence, California.

28

1     68. Plaintiff Ramirez, as well as a substantial number of members of the

2 proposed Class, resides in California.

3     69. Many of the business records relevant to this litigation are located at

4 Toyota USA's offices in Torrence. Documents relating to Toyota USA's business,

5 including those relating to Toyota USA's website, all sales records and customer

6 data, and many documents relating to vehicle repairs and consumer complaints are

7 maintained at Toyota USA's headquarters in Torrence. All financial information

8 for Toyota USA is likewise located in Torrence.

9     70. California has a materially greater interest than any other State in

10 regulating unlawful conduct by Toyota USA and in enforcing the rights and

11 remedies granted to United States consumers, including California residents, under

12 the California laws invoked by this Complaint. These rights and remedies further

13 strong fundamental public policies of the State of California.

14 <center>**COUNT I**</center>

15
<center>**(By Plaintiffs, Individually and on Behalf of All Class Members, for**</center>
16
<center>**Violation of the California Consumer Legal Remedies Act)**</center>

17     71. Plaintiffs hereby incorporate all the above allegations by reference as if

18 fully set forth herein.

19     72. The CLRA was enacted to protect consumers against unfair and

20 deceptive business practices. The CLRA applies to Defendants' acts and practices

21 described herein because it extends to transactions that are intended to result, or

22 which have resulted, in the sale or lease of goods or services to consumers.

23     73. The circumstances giving rise to Plaintiffs' and Class members'

24 allegations, including the marketing and distribution of the Toyota Hybrids,

25 occurred in the State of California. Additionally, Defendant Toyota USA

26 maintains its corporate headquarters in Torrence, California. Accordingly,

27 application of California law is appropriate.

28

74. The Toyota Hybrids are "goods" within the meaning of Cal. Civ. Code § 1761(a).

75. Plaintiffs and each member of the Class are "consumers" within the meaning of Cal. Civ. Code § 1761(d).

76. Defendants' deceptive acts and practices occurred in the course of selling a defective consumer product.

77. Defendants have admitted its Toyota Hybrids failed to perform in accordance with their specifications, contained a common defect and, as result were not of merchantable quality.

78. Defendants had exclusive knowledge of undisclosed material facts, *i.e.* that the Toyota Hybrids' brake systems were defective, which was not known to Plaintiffs or the Class.

79. Defendants engaged in unfair acts and practices by withholding these material facts from Plaintiffs and the Class.

80. Plaintiffs and the Class were not aware of the Toyota Hybrids' defective brake systems at the time of sale.

81. Had Plaintiffs and Class members known of the Toyota Hybrids' defective brake systems, they would not have purchased the Toyota Hybrids.

82. Defendants have violated and continue to violate the CLRA by engaging in the above unfair acts and practices, which results in the following violations:

*In violation of § 1770(a)(5), Defendants have represented that the Toyota Hybrids have characteristics, uses and benefits that they do not have; and*

*In violation of § 1770(a)(7), Defendants have represented that the Toyota Hybrids are of a particular standard, quality or grade when they are not.*

---

## COUNT II

**(By Plaintiffs, Individually and on Behalf of All Class Members For Unjust Enrichment/Money Had And Received)**

83. Plaintiffs hereby incorporate all the above allegations by reference as if fully set forth herein.

84. This Count is brought against Defendants pursuant to California's common law doctrine of unjust enrichment/money had and received.

85. The circumstances giving rise to Plaintiffs' and Class members' allegations occurred in the State of California. Additionally, Toyota USA maintains its corporate headquarters in Torrence, California. Accordingly, application of California law is appropriate.

86. Defendants marketed and sold the Toyota Hybrids during the relevant time period.

87. Plaintiffs and Class members were not aware of the defective Toyota Hybrids at the time of sale.

88. Defendants had notice of the material fact that the Toyota Hybrids were defective during the relevant time period.

89. Had Plaintiffs and Class members known of the defective Toyota Hybrids, they would not have purchased the Toyota Hybrids.

90. Without knowledge of the defect, Plaintiffs and Class members conferred upon Defendants benefits, which were non-gratuitous and constitute profits and money improperly had and received.

91. Defendants accepted or retained the benefits conferred by Plaintiffs and Class members despite Defendants' knowledge or prior notice of the defect in the Toyota Hybrids.

92. Retaining the benefits conferred upon Defendants by Plaintiffs and Class members under these circumstances make Defendants' retention of the benefits unjust and inequitable.

1    93. Because Defendants' retention of the benefits conferred by Plaintiffs and
2  Class members is unjust and inequitable, Defendants must pay restitution in a
3  manner established by the Court.

4                            **PRAYER FOR RELIEF**

5

6    **WHEREFORE,** Plaintiffs pray that the Court enter judgment and orders in
7  their favor and against Defendants as follows:

8        A. An order certifying the Class and directing that this case proceed as a
9           class action;

10       B. Issue an injunction or other appropriate equitable relief requiring
11          Defendants to recall or otherwise adequately repair the defective Toyota
12          Hybrids;

13       C. Issue an injunction preventing Defendants from continuing to
14          manufacture and sell the Toyota Hybrids without disclosing or fixing the
15          design defect;

16       D. Judgment in favor of Plaintiffs and the members of the Class for
17          restitution in an amount to be determined at trial;

18       E. An order granting reasonable attorneys' fees and costs, as well as pre-and
19          post judgment interest; and

20       F. Such other and further relief as this Court may deem appropriate.

21                      **DEMAND FOR A TRIAL BY JURY**

22    Plaintiffs demand a trial by jury on all issues so triable as a matter of right.

23  Dated: February 8, 2010

24
25                                        **KIESEL BOUCHER**
                                          **& LARSON LLP**
26
27                                 By:
                                          Paul R. Kiesel
28

---

27

CLASS ACTION COMPLAINT

8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: 310/854.4444
Facsimile: 310/854.0812

Paul O. Paradis
Michael A Schwartz
Frank R. Schirripa
**HORWITZ, HORWITZ &
PARADIS, Attorneys at Law**
405 Lexington Avenue, 61st Floor
New York, NY 10174
Telephone: 212/986.4500
Facsimile:  212/986.4501

William J. Doyle
**DOYLE LOWTHER LLP**
9466 Black Mountain Road, STE 210
San Diego, CA 92126
Telephone:  619/573.1700
Facsimile:  619/573.1701

James V. Bashian
**THE LAW OFFCES OF
JAMES V. BASHIAN, P.C.**
500 Fifth Avenue Suite 2700
New York, NY 10110
Telephone:  212/921.4110
Facsimile: 212/921.4249

*Counsel for Plaintiffs*

CLASS ACTION COMPLAINT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV10- 946 SJO  (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X]  **Western Division**
      **312 N. Spring St., Rm. G-8**
      **Los Angeles, CA 90012**

[ ]  **Southern Division**
      **411 West Fourth St., Rm. 1-053**
      **Santa Ana, CA 92701-4516**

[ ]  **Eastern Division**
      **3470 Twelfth St., Rm. 134**
      **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

Paul R. Kiesel, Esq. (SBN 119854)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Blvd., Beverly Hills, CA 90211
Tel.: (310) 854-4444 Fax: (310) 854-0812

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CREIGHTON and MIRIAM RAMIREZ, On behalf of themselves, and on behalf of all others similarly situated, **PLAINTIFF(S)** v.<br><br>TOYOTA MOTOR CORPORATION, a foreign corporation, and TOYOTA MOTOR SALES, USA, INC., a California Corporation, **DEFENDANT(S).** | CASE NUMBER<br><br>CV10-00946-SSO (JEMx)<br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>TOYOTA MOTOR CORPORATION, a foreign corporation, and TOYOTA MOTOR SALES, USA, INC., a California Corporation</u>

A lawsuit has been filed against you.

Within ___2___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>KIESEL BOUCHER LARSON</u>, whose address is <u>8648 Wilshire Blvd., Beverly Hills, CA 90211</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  ___≈ 8 FEB 2010___

By: ___MARILYN DAVIS___
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Paul R. Kiesel, Esq. (SBN 119854)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Blvd., Beverly Hills, CA 90211
Tel.: (310) 854-4444 Fax: (310) 854-0812

---

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CREIGHTON and MIRIAM RAMIREZ, On behalf of themselves, and on behalf of all others similarly situated, **PLAINTIFF(S)** v. <br><br> TOYOTA MOTOR CORPORATION, a foreign corporation, and TOYOTA MOTOR SALES, USA, INC., a California Corporation, **DEFENDANT(S).** | CASE NUMBER <br><br> **CV 10-00946-SSO(JEM)** <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S): <u>TOYOTA MOTOR CORPORATION, a foreign corporation, and TOYOTA</u>
<u>MOTOR SALES, USA, INC., a California Corporation</u>
A lawsuit has been filed against you.

Within __2__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>KIESEL BOUCHER LARSON</u>, whose address is <u>8648 Wilshire Blvd., Beverly Hills, CA 90211</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   __8 FEB 2010__

By: _____
MARILYN DAVIS
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

---

ORIGINAL

Paul R. Kiesel, Esq. (SBN 119854)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Blvd., Beverly Hills, CA 90211
Tel.: (310) 854-4444 Fax: (310) 854-0812

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CREIGHTON and MIRIAM RAMIREZ, On behalf of themselves, and on behalf of all others similarly situated, PLAINTIFF(S) v. | CASE NUMBER |
| | CV10-00946-SJO (JTM) |
| TOYOTA MOTOR CORPORATION, a foreign corporation, and TOYOTA MOTOR SALES, USA, INC., a California Corporation, DEFENDANT(S). | SUMMONS |

TO: DEFENDANT(S): <u>TOYOTA MOTOR CORPORATION, a foreign corporation, and TOYOTA MOTOR SALES, USA, INC., a California Corporation</u>

A lawsuit has been filed against you.

Within ___2⯑___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>KIESEL BOUCHER LARSON</u>, whose address is <u>8648 Wilshire Blvd., Beverly Hills, CA 90211</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ⯑8 FEB 2010

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*




## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| LISA CREIGHTON and MIRIAM RAMIREZ, On behalf of themselves, and on behalf of all others similarly situated. | TOYOTA MOTOR CORPORATION, a foreign corporation, and TOYOTA MOTOR SALES, USA, INC., a California corporation, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| KIESEL BOUCHER LARSON LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, Ca 90211 | Paul R. Kiesel, Esq. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes  ☐ No       ☑ **MONEY DEMANDED IN COMPLAINT: $** in excess of $5,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of California's Consumer Legal Remedies Act and Unjust Enrichment/Money Had and Received

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | Vacate Sentence Habeas Corpus | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' | ☑ 385 Property Damage Product Liability | ☐ 535 Death Penalty | Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & | Liability | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt | Enforcement of Judgment | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted | ☐ 350 Motor Vehicle | USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of | ☐ 360 Other Personal | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | Overpayment of Veteran's Benefits | Injury | ☐ 442 Employment | ☐ 625 Drug Related | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal | ☐ 445 American with Disabilities - | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | Injury Product Liability | Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**CV10- 00946**

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Plaintiff Lisa Creighton - Salt Lake County, Utah<br>Plaintiff Miriam Ramirez - Alameda County, California |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Defendant Toyota Motor Sales, USA - Los Angeles County | Defendant Toyota Motor Corporation - Toyota City, Aichi Prefecture 471-8571, Japan |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  February 8, 2009

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |