O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-946 AHM (FMOx) | Date | February 25, 2010 |
|---|---|---|---|
| Title | LISA CREIGHTON *et al.* v. TOYOTA MOTOR CORPORATION, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court, on its own motion, STAYS all proceedings in this action until the Court issues an Order lifting this stay or until the matter is transferred by the Judicial Panel on Multi-District Litigation, whichever comes first.

The Court also VACATES the hearing on and TAKES OFF CALENDAR Plaintiffs' Motion for a Preliminary Injunction.[1]

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

---

[1] Docket No. 6.