**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES--GENERAL

Case No.  **CV 10-0946-CJC (RNBx)/ MDL No. 2172**          Date: **February 24, 2011**

Title: **In re: Toyota Motor Corp. Hybrid Brake Marketing, Sales Practices, etc. Litigation**

**DOCKET ENTRY**

PRESENT:

   **HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                        None present

**PROCEEDINGS:  (IN CHAMBERS)**

In accordance with the request of counsel, the Court has agreed to set aside the mornings of March 8, 2011 and March 9, 2011, from 9:00 a.m. to 12:00 p.m., for a discovery conference herein.  In accordance with the protocol previously established, the Court will expect lead counsel to appear.  On or before 12:00 p.m. on March 7, 2011, plaintiffs' counsel is ordered to formulate in consultation with defendants' counsel and file a "Notice of Discovery Issues in Dispute," which specifies the issues to be addressed at the discovery conference.


cc:   Judge Carney

MINUTES FORM 11                                                                 Initials of Deputy Clerk        klh
CIVIL-GEN