Paul R. Kiesel (SBN 119854)
KIESEL BOUCHER & LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone:   (310) 854-4444
Facsimile:    (310) 854-0812

*Interim Liaison Counsel for Non-Recall Plaintiffs (10-CV-00946-CJC-RNB)*

Paul O. Paradis (*Pro Hac Vice*)
Gina M. Tufaro (*Pro Hac Vice*)
Alexandra L. Sims (*Pro Hac Vice*)
HORWITZ, HORWITZ &
PARADIS, ATTORNEYS AT LAW
570 Seventh Avenue – 20th Floor
New York, New York 10018
Telephone:   (212) 986-4500
Facsimile:    (212) 496-4501

*Interim Lead Counsel for Non-Recall Plaintiffs (10-CV-00946-CJC-RNB)*

MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
DENISE A. SMITH-MARS (SBN 215057)
dmars@loeb.com
RACHEL A. RAPPAPORT (SBN 268836)
rrappaport@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   (310) 282-2000
Facsimile:    (310) 282-2200

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. HYBRID BRAKE MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>2:10-CV-00946-CJC-RNB | CV 10-00946-CJC(RNBx)<br><br>Assigned to Hon. Cormac J. Carney<br><br>**ORDER REGARDING CASE MANAGEMENT STIPULATION NO. 5 AND STIPULATION ALLOWING PARTIES TO EXCEED PAGE LIMITATION SET FORTH IN LOCAL RULE 11-6** |

1

**ORDER REGARDING CASE MANAGEMENT STIPULATION NO. 5 AND STIPULATION ALLOWING PARTIES TO EXCEED PAGE LIMITATION SET FORTH IN LOCAL RULE 11-6**

LA2257999.1
212799-10010

**GOOD CAUSE APPEARING THEREFORE IT IS ORDERED THAT** the terms of Case Management Stipulation No. 5 and the Parties Stipulation Allowing the Parties to Exceed Page Limitations Set Forth in Local Rule 11-6 as agreed to by the parties shall be entered as an order of the Court and be binding upon the parties.

IT IS SO ORDERED.

DATED: 11/20/12       _____

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

**ORDER REGARDING CASE MANAGEMENT STIPULATION NO. 5 AND STIPULATION ALLOWING PARTIES TO EXCEED PAGE LIMITATION SET FORTH IN LOCAL RULE 11-6**

LA2257999.1
212799-10010