```
 1  MICHAEL L. MALLOW (SBN 188745)
    mmallow@loeb.com
 2  MARK D. CAMPBELL (SBN 180528)
    mcampbell@loeb.com
 3  RACHEL A. RAPPAPORT (SBN 268836)
    rrappaport@loeb.com
 4  DEREK K. ISHIKAWA (SBN 270275)
    dishikawa@loeb.com
 5  LOEB & LOEB LLP
    10100 Santa Monica Blvd., Suite 2200
 6  Los Angeles, CA  90067
    Telephone: 310.282.2000
 7  Facsimile: 310.282.2200

 8  Attorneys for Defendants
    TOYOTA MOTOR SALES, U.S.A., INC.
 9  and TOYOTA MOTOR CORPORATION
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE TOYOTA MOTOR CORP. HYBRID BRAKE MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | ~~MDL No. 2172~~ CV 10-946-CJC(RNBx) <br><br> Assigned to Hon. Cormac J. Carney |
|---|---|
| This document relates to: <br><br> 2:10-CV-00946-CJC-RNB | **APPLICATION TO FILE UNDER SEAL DECLARATION OF JAMES WALKER JR., DECLARATION OF JOHN MARTENS, PH.D., AND EXHIBITS G AND H TO THE DECLARATION OF CARY A. SLOBIN** |



Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2274790.1
212799-10010

APPLICATION TO FILE DOCUMENTS
UNDER SEAL

1  Pursuant to Local Rule 79-5, and Paragraphs 3 and 17 of the Protective Order
2  entered by the Court in this action on November 22, 2010 [Docket No. 11],
3  Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation
4  ("TMC") respectfully submit this application to file under seal for the reasons set
5  forth in the accompanying Declaration of Rachel A. Rappaport the following
6  documents submitted in support of Defendants' Opposition:

7      1.    Declaration of James Walker, Jr.;
8      2.    Declaration of John Martens, Ph.D.;
9      3.    Exhibit G to the Declaration of Cary A. Slobin is a true and correct
10 copy of the first page and page 20 of John Martens November 28, 2012 Expert
11 Report;
12     4.    Exhibit H to the Declaration of Cary A. Slobin is a true and correct
13 copy of the first page and page 17 of James Walker, Jr.'s November 28, 2012
14 Expert Report.

15 This application is narrowly tailored in that a public version of the above
16 referenced documents will be e-filed using the Court's ECF filing system, and this
17 application requests that the Court seal only the material for which good cause to
18 seal has been established.

19 Defendants therefore respectfully request that the Court grant this application
20 to file the above referenced documents under seal.

21
22 Dated: February 11, 2013        Respectfully submitted,
23                                               LOEB & LOEB LLP
24                                               By: _____
25                                               MICHAEL L. MALLOW
                                              Attorneys for Defendants
26                                               TOYOTA MOTOR SALES, U.S.A.,
                                              INC. and TOYOTA MOTOR
27                                               CORPORATION
28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2274790.1
212799-10010

2

APPLICATION TO FILE DOCUMENTS
UNDER SEAL