| | |
|---|---|
| 1 | Paul R. Kiesel (SBN 119854) |
| 2 | KIESEL BOUCHER & LARSON LLP<br>8648 Wilshire Boulevard |
| 3 | Beverly Hills, California 90211-2910<br>Telephone:  (310) 854-4444 |
| 4 | Facsimile:  (310) 854-0812 |
| 5 | *Interim Liaison Counsel for Non-Recall Plaintiffs (10-CV-00946-CJC-RNB)* |
| 6 | Paul O. Paradis (*Pro Hac Vice*) |
| 7 | Gina M. Tufaro (*Pro Hac Vice*)<br>Alexandra L. Sims (*Pro Hac Vice*) |
| 8 | HORWITZ, HORWITZ &<br>PARADIS, ATTORNEYS AT LAW |
| 9 | 570 Seventh Avenue – 20th Floor<br>New York, New York 10018 |
| 10 | Telephone:  (212) 986-4500<br>Facsimile:  (212) 496-4501 |
| 11 | *Interim Lead Counsel for Non-Recall Plaintiffs (10-CV-00946-CJC-RNB)* |
| 12 | MICHAEL L. MALLOW (SBN 188745) |
| 13 | mmallow@loeb.com<br>DENISE A. SMITH-MARS (SBN 215057) |
| 14 | dmars@loeb.com<br>RACHEL A. RAPPAPORT (SBN 268836) |
| 15 | rrappaport@loeb.com<br>LOEB & LOEB LLP |
| 16 | 10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, California 90067-4120 |
| 17 | Telephone:  (310) 282-2000<br>Facsimile:  (310) 282-2200 |
| 18 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. HYBRID BRAKE MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>SAML 10-2172-CJC(RNBx) | CV 10-00946-CJC(RNBx)<br><br>Assigned to Hon. Cormac J. Carney<br><br>**ORDER REGARDING STIPULATION TO AMEND DEADLINE FOR PLAINTIFF TO FILE REDACTED *IN CAMERA* MATERIALS** |

1

**ORDER REGARDING STIPULATION TO AMEND DEADLINE FOR PLAINTIFF TO FILE REDACTED *IN CAMERA* MATERIALS**

LA2294453.1
212799-10023

1 **GOOD CAUSE APPEARING THEREFORE IT IS ORDERED THAT**

2 the terms of Stipulation to Amend Deadline for Plaintiff to File Redacted *In*

3 *Camera* Materials as agreed to by the parties shall be entered as an order of the

4 Court and be binding upon the parties and the deadline for Plaintiff to file the

5 redacted versions of Plaintiff's *in camera* filing is May 10, 2013.

9 IT IS SO ORDERED.

11 DATED: May 03, 2013                    _____

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA