Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
KIESEL + LARSON LLP
8648 Wilshire Blvd., Beverly Hills, CA 90211
Tel.: (310) 854-4444/ Fax.: (310) 854-0812
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. HYBRID BRAKE MARKETING, SALES PRACTICES, and PRODUCTS<br>PLAINTIFF(S)<br>v.<br>This document relates to:<br>Lisa Creighton, et al. v. Toyota Motor Corp., et al.<br>DEFENDANT(S). | CASE NUMBER: MDL No. 2172<br>2:10-CV-00946-CJC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**
Please see Attachment.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Please see Attachment.

**Reason:**

☐ Under Seal

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated 3/25/13

☑ Manual Filing required ( *reason* ):
IN CAMERA FILING

| | |
|---|---|
| May 10, 2013<br>Date | /s/ Paul R. Kiesel<br>Attorney Name<br><br>Plaintiffs<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (12/11)              NOTICE OF MANUAL FILING

## ATTACHMENT TO NOTICE OF MANUAL FILING

1.) PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (INCLUDING HYPERLINKED CD-ROM)

2.) PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE REBUTTAL OPINION NO. 3 OF NADER BAGHERZADEH, Ph.D. AND PORTIONS OF THE TESTIMONY OF RUDOLF LIMPERT, Ph.D.

3.) DECLARATION OF PAUL O. PARADIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT and DEFENDANTS' MOTION TO EXCLUDE REBUTTAL OPINION NO.3 OF NADER BAGHERZADEH, Ph.D. AND PORTIONS OF THE TESTIMONY OF RUDOLF LIMPERT, Ph.D.

4.) PLAINTIFF'S RESPONSE TO DEFENDANTS' SEPARATE STATEMENT OF UNCONTROVERTED FACTS and CONCLUSIONS OF LAW and PLAINTIFF'S SEPARATE STATEMENT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910.

On May 10, 2013, I served true copies of the following document(s) described as

All documents as referenced in the Attachment to the Notice of Manual Filing on the interested parties in this action as follows:

Michael L. Mallow, Esq.
Rachel Rappaport, Esq.
LOEB & LOEB
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Tel.: (310) 282-2000
Facsimile: (310) 282-2200

Counsel for Defendants

**BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 10, 2013, at Beverly Hills, California.

Julissa E. Salgueiro