

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE TOYOTA MOTOR CORP.
HYBRID BRAKE MARKETING,
SALES PRACTICES and PRODUCTS
LIABILITY LITIGATION

Case No. ~~MDL No. 2172~~
10-CV-00946-CJC-RNBx
Assigned to Hon. Cormac J. Carney

[~~PROPOSED~~] ORDER
GRANTING DEFENDANTS'
APPLICATION TO FILE UNDER
SEAL DEFENDANTS'
OPPOSITION TO MOTION FOR
CLASS CERTIFICATION

This Document Relates to:
2:10-CV-00946-CJC-RNB

LODGED

2013 MAY 16 PM 4: ___

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ___

Loeb & Loeb
\ Limited Liability Partnership
Including Professional
Corporations

LA2297564.1
212799-10010

1    Having read and considered Defendants Toyota Motor Sales, U.S.A., Inc. and

2  Toyota Motor Corporation's (collectively, "Toyota") application and the document

3  proposed to be filed under seal, and for good cause appearing therefore, and

4  pursuant to the Protective Order entered in this case, Toyota's Application is

5  **HEREBY GRANTED.**

6        **IT IS HEREBY ORDERED THAT THE FOLLOWING DOCUMENT**

7  **BE FILED UNDER SEAL:**

8        1.    **Toyota's Opposition to Plaintiff's Motion for Class Certification,**

9  which has been redacted for the public filing.

10        **IT IS SO ORDERED.**

11  DATED: _5/ 20/ 13_

12                                    HON. CORMAC J. CARNEY
                                      UNITED STATES DISTRICT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2297564.1
212799-10010

[PROPOSED] ORDER GRANTING
DEFENDANTS' APPLICATION TO FILE
DOCUMENTS UNDER SEAL