FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA CV 10-946-CJC(RNBx)

IN RE TOYOTA MOTOR CORP. HYBRID BRAKE MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION

LODGED
2013 JUN 10 AM 10:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

This Document Relates to:
2:10-CV-00946-CJC-RNB

Case No.: ~~MDL No. 2172~~

Assigned to Hon. Cormac J. Carney

**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF: (1) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF DAVID GELBER'S CLAIMS; AND (2) DEFENDANTS' MOTION TO EXCLUDE REBUTTAL OPINION NO. 3 OF NADER BAGHERZADEH, PH.D. AND PORTIONS OF THE TESTIMONY OF RUDOLPH LIMPERT, PH.D. PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2300219.1
212799-10010

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL

Having read and considered Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation's (collectively, "Toyota") application and the documents proposed to be filed under seal, and for good cause appearing therefore, and pursuant to the Protective Order entered in this case, Toyota's Application is **HEREBY GRANTED.**

**IT IS HEREBY ORDERED THAT THE FOLLOWING DOCUMENTS BE FILED UNDER SEAL:**

1. **Toyota Defendants' Reply in Support of Motion for Summary Judgment of David Gelber's Claims;**

2. **Toyota Defendants' Reply in Support of Motion to Exclude Rebuttal Opinion No. 3 of Nader Bagherzadeh, Ph.D. and Portions of the Testimony of Rudolph Limpert, Ph.D. Pursuant to Federal Rule of Evidence 702 ("Motion to Exclude");**

3. **Declaration of James Walker, Jr., dated June 7, 2013;**

4. **Exhibit 1** to the Amended Compendium of Evidence Filed Under Seal in Support of: (1) Defendants' Motion for Summary Judgment of David Gelber's Claims; (2) Defendants' Motion to Exclude Rebuttal Opinion No. 3 of Nader Bagherzadeh, Ph.D. and Portions of the Testimony of Rudolf Limpert, Ph.D. Pursuant to Federal Rule of Evidence 702; and (3) Defendants' Opposition to Motion for Class Certification ("COE"), the Expert Report prepared by James Walker, Jr., dated November 28, 2012;

5. **Exhibit 2** to the COE, the Supplemental Expert Report prepared by James Walker Jr., dated February 22, 2013;

6. **Exhibit 3** to the COE, the Expert Report prepared by John Martens, Ph.D., dated November 28, 2012;

7. **Exhibit 6** to the COE, the Corrected Initial Expert Report of Rudolph Limpert, Ph.D. in Support of Plaintiffs' Motion for Class Certification, dated March 14, 2013;

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

LA2300219.1
212799-10010

2

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL

8. **Exhibit 7** to the COE, the Corrected Supplemental Expert Report of Rudolph Limpert, Ph.D. in Support of Plaintiffs' Motion for Class Certification, dated March 4, 2013;

9. **Exhibit 12** to the COE, the Rebuttal Expert Report of Nader Bagherzadeh, Ph.D. in Support of Plaintiffs' Motion for Class Certification, dated December 17, 2012;

10. **Exhibit 14** to the COE, excerpts from the videotaped deposition of Nader Bagherzadeh, Ph.D. taken on March 7, 2013;

11. **Exhibit 15** to the COE, excerpts from the videotaped deposition of Rudolph Limpert, Ph.D. taken on March 11, 2013;

12. **Exhibit 16** to the COE, the Expert Report of Rudolf Limpert Ph.D. In Support of Plaintiffs' Motion for Class Certification, dated October 11, 2012;

13. **Exhibit 19** to the COE, Exhibit 4 from the deposition of David Gelber taken on November 9, 2012;

14. **Exhibit 28** to the COE, Exhibit 3 from the videotaped deposition of Kenji Ito taken on December 15, 2011;

15. **Exhibit 36** to the COE, Exhibits 7-13 from the deposition of Nader Bagherzadeh, Ph.D. taken on March 7, 2013;

16. **Exhibit 49** to the COE, the expert report of James Walker, Jr., dated January 15, 2013, which was submitted on behalf of Toyota in *James D. Daniel, et al. v. Toyota Motor Corp., et al.*, Case No. 2011-CI-05463, pending in the District Court Bexar County, Texas;

17. **Exhibit 53** to the COE, the expert report of Robert Rucoba, dated January 15, 2013, which was submitted on behalf of Toyota in *James D. Daniel, et al. v. Toyota Motor Corp., et al.*, Case No. 2011-CI-05463, pending in the District Court Bexar County, Texas;

18. **Exhibit 54** to the COE, excerpts from the videotaped deposition of Kenji Ito, taken on December 16, 2011;

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2300219.1
212799-10010

3

[PROPOSED] ORDER GRANTING
DEFENDANTS' APPLICATION TO FILE
DOCUMENTS UNDER SEAL

19. **Exhibit 55** to the COE, excerpts from the videotaped deposition of Gary Freed, taken on February 22, 2013.

**IT IS SO ORDERED.**

DATED: 6/10/13

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2300219.1
212799-10010

4

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL